## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 5/8/15**

In re:   Case No.:   15–16629 PM     Chapter:   13

Kevin R. Laws                                                      Earlene M. Laws
Debtor(s)

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A–J due 05/21/2015**<br>**Ch 13 Plan & Cert of Service due 05/21/2015**<br>**Stmt. of Fin. Affairs due 05/21/2015**<br>**Ch 13 Income Form 22C–1 due 05/21/2015**<br>**Summary of Schedules due 05/21/2015** |
| CONSEQUENCE: | **If the problem is not cured by the date below,**<br>**YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 5/21/15.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

                                                            Mark A. Neal, Clerk of Court
                                                            by Deputy Clerk, Robert Hegerle  301–344–3399

cc:   Debtor(s)
      Attorney for Debtor(s) – Donald L Bell
      Trustee

                                                                                    Form ntcddl (03/05)